UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                           :

JOSEPH VOLFMAN,                           :

                                Plaintiff,     :

                                             :                      22 Civ. 6489 (LGS)

                   -against-             :

                                             :                          ORDER

IN THURSDAY KITCHEN LLC, et al.,      :

                               Defendants. :

                                             :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the Order dated August 23, 2022, required the parties to file a proposed case management plan and joint letter by September 28, 2022, at 12:00 P.M.;

        WHEREAS, the initial pretrial conference is currently scheduled for October 5, 2022, at 4:30 P.M.;

        WHEREAS, Defendants were served on August 25, 2022.  Defendant In Thursday Kitchen LLC has appeared in this case, but Defendant 424 E. 9th LLC has not;

        WHEREAS, the parties failed to file the joint letter or proposed case management plan.  It is hereby

        **ORDERED** that, if Plaintiff is in communication with Defendant 424 E. 9th LLC, the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **October 4, 2022,** and shall explain why they have not complied with the Court's deadlines.  If Plaintiff is not in communication with Defendant 424 E. 9th LLC, no later than **October 4, 2022,** Plaintiff shall file a status letter (1) requesting further adjournment of the initial conference for up to 30 days and (2) proposing a date prior to the conference to present an Order to Show Cause for default judgment as to Defendant 424 E. 9th LLC and related papers as provided in the Court's Individual Rules.  It is further

**ORDERED** that the initial pretrial conference scheduled for October 5, 2022, is

adjourned to **October 12, 2022, at 4:00 P.M.**

Dated: September 29, 2022
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2