**NACMIAS LAW FIRM PLLC**

940 ATLANTIC AVE. 1ST FLOOR
BROOKLYN, NY 11238
PHONE: 347-392-6356
FAX: 347-402-7569
MICHAEL@NACMIASLAW.COM

October 4, 2022

Hon. Judge Lorna G. Schofield
United Stated District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
(212) 805-0288

Re:   VOLFMAN v. IN THURSDAY KITCHEN LLC d/b/a THURSDAY KITCHEN AND 424 E. 9TH LLC
   **DOCKET NO. 1:22-cv-06489-LGS**

Dear Judge Schofield,

The undersigned represents Joseph Volfman, the plaintiff in the above-referenced matter. I write with consent of the defendant THURSDAY KITCHEN to request an extension of time to submit a joint letter and Initial Conference. This is plaintiff's first request for this relief.

In advance of complying with Your Honor's Order dated August 23, 2022, defendant THURSDAY KITCHEN counsel communicated with me stating they were recently retained and expressed a desire to discuss settlement. Furthermore, I reached out to defendant 424 E. 9TH LLC and spoke with a manager who expressed a desire to hire counsel.

The undersigned therefore respectfully requests that Your Honor allow the parties thirty (30) days in order to continue settlement discussions and allow defendant 424 E. 9TH LLC to hire counsel before submitting a joint letter.

Thank you for your time and consideration on this matter.

Application **GRANTED**. The initial pretrial conference scheduled for October 12, 2022, is adjourned to **November 16, 2022, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and use the access code 558-3333. The deadline for the parties to file the joint letter and proposed civil case management plan and scheduling order is extended to **November 9, 2022, at 12:00 P.M.**

Dated: October 5, 2022
   New York, New York

*[signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Respectfully,

/s/ Andre Autz, Esq.

Andre Autz, Esq.
Nacmias Law Firm, PLLC
940 Atlantic Avenue, 1st Floor
Brooklyn, NY 11238
andreautzesq@gmail.com
917-602-6057